Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.

FILED
2025 MAR 28 AM 10: 11
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PLAINTIFF | CASE NUMBER:<br>2:23-CR-00576-FLA |
| Olaf Kyros Gustafson<br>USMS# 69611-511<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 3/27/2025 at ☐ AM ☒ PM
   or
   The defendant was arrested in the Central District of California on 3/27/2025 at ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. Sections 1349, 1343, 1341, 1956(h), 1956(a)(1)(B)(i), and 1957(a)

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No    ☐ Yes    Language: _____

7. Year of Birth: ▓▓▓ 1993

8. Defendant has retained counsel:    ☒ No
   ☐ Yes    Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: Jorge Velazquez    (please print)

12. Office Phone Number: 213-620-7676    13. Agency: USMS

14. Signature: Jorge Velazquez    15. Date: 3/27/2025

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION