UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:23-cr-00576-FLA   Date: 03/28/2025

Present: The Honorable: Jean P. Rosenbluth, United States Magistrate Judge

Interpreter N/A   Language N/A

| Bea Martinez | 03/28/2025 | Joshua Mausner |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  In Custody         Attorneys for Defendants: ✓ Present  Retained

Olaf Kyros Gustafsson                                    Meghan A. Blanco

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case    Appointment of Counsel
                                                   Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Fernando L. Aenlle-Rocha.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 05/20/2025 8:30 AM;
Pre-Trial Conference: 05/09/2025 10:30 AM
* Government counsel provides trial estimate of 1 week.
* Judge Aenlle-Rocha is located in 6B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:    PSALA         PSAED         PSASA         Initial Appearance/Appointment of Counsel: 00 : 00
    ✓ USMLA         USMED         USMSA                                Arraignment: 00 : 02
       Statistics Clerk              Interpreter                Initials of Deputy Clerk: BM by TRB
       CJA Supervising Attorney      Fiscal

CR-11A                          Criminal Minutes – Arraignment                           Page 1